

# UNITED STATES DISTRICT COURT

### District of Connecticut

### U.S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

## **M E M O R A N D U M**

July 23, 2026

**To:**       Honorable Michael P. Shea
             United States Chief District Judge

**From:**     Alyssa Zargos
             United States Probation Officer

**Subject:**  Luis Robles (Dkt. No. 3:22CR00118-4-MPS)
             **Status Report**

This memorandum is being submitted, as an update on Mr. Robles' supervision, pending a final revocation hearing.

On June 30, 2026, Mr. Robles was released to the Residential Reentry Center (RRC) in Bloomfield, Connecticut. Contact with the RRC Case Manager revealed Mr. Robles is doing well and participates in case management sessions without issue. There are no concerns regarding his behaviors or conduct. As of July 14, 2026, Mr. Robles obtained employment with Trader Joe's Warehouse in Bloomfield, Connecticut. Employment verification remains pending and prior to his employment, he successfully submitted one job search log. Additionally, Mr. Robles, with the help of his case manager, is coordinating a referral to Project Longevity for housing assistance. He has not yet provided information about potential residencies. According to the location monitoring review, there are no reports of Mr. Robles noncompliance with the SANDs Housing Complex restriction.

According to the Connecticut Judicial Website, Mr. Robles state charge remains pending with his next state court hearing scheduled for August 11, 2026, at Hartford Superior Court.

Should Your Honor wish to discuss this matter further, I am available at the Court's convenience and can be reached at (860) 962-9226.

cc: Tracy Hayes, Assistant Federal Public Defender
Robert S. Dearington, Assistant U.S. Attorney

*Action    •    Integrity    •    Resilience    •    Community*