# UNITED STATES DISTRICT COURT

## District of Connecticut

## U.S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

**MEMORANDUM**

September 29, 2026

**To:** Honorable Michael P. Shea
United States Chief District Judge

**From:** Alyssa Zargos
United States Probation Officer

**Subject:** Luis Robles (Dkt. No. 3:22CR00118-4-MPS)
**Status Report**

This memorandum is being submitted as an update on Mr. Robles' supervision, pending a final revocation hearing.

Since June 30, 2026, Mr. Robles has remained at the Residential Reentry Center (RRC) in Bloomfield, Connecticut. Contact with the RRC Case Manager revealed that Mr. Robles continues to adjust well and participates in case management sessions. There are no concerns regarding his behaviors or conduct. Mr. Robles remains employed with Trader Joe's Warehouse in Bloomfield, Connecticut, and successfully submits weekly employment verification.

Mr. Robles has presented a potential residency opportunity with his mother in Hartford, Connecticut, which is currently being investigated by the probation officer for approval. Concerns regarding this placement include its close proximity to the SANDs Housing Complex. Mr. Robles remains compliant with the housing complex travel restriction condition.

According to the Connecticut Judicial Website, Mr. Robles' state charge remains pending with his next state court hearing scheduled for October 13, 2026, at Hartford Superior Court. Contact with the Hartford Office of the State's Attorney revealed the upcoming hearing will be Mr. Robles' eighth hearing awaiting a plea, with no further information provided.

Should your Honor with to discuss this matter further, I am available at the Court's convenience and can be reached at (860) 962-9226.

cc: Tracy Hayes, Assistant Federal Defender
Robert S. Dearington, Assistant U.S. Attorney